## THIRD DEPARTMENT, JULY, 1971

### (July 7, 1971)

■ In the Matter of JOHN HALUSKA, as Clerk of the Village Court of the Village of Johnson City, Petitioner.— Application for an order, pursuant to section 89 of the Judiciary Law, directing the destruction of certain records granted. Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.